In the Matter of the Application of WILLIAM BOREA CONTRACTING Co., INC., Respondent, for a Certiorari Order against HARRIS H. MURDOCK and Others, Constituting the Board of Standards and Appeals, Appellants.

ELLJANE HOLDING CORP., Intervenor, Appellant.   (Appeal No. 2.)

First Department, March 12, 1937.

*Seymour B. Quel* of counsel [*Paxton Blair* with him on the brief; *Paul Windels, Corporation Counsel*], for the defendants, appellants.

*Ilo Orleans* of counsel [*Falk & Orleans*, attorneys], for the intervenor, appellant.

*Archie H. Samuels* of counsel [*Samuels & Samuels* with him on the brief; *K. Karl Klein*, attorney], for the respondent.

PER CURIAM.   For the reason stated in the opinion handed down herewith in *Matter of Borea Contracting Co., Inc.*, v. *Murdock, No. 1* (250 App. Div. 262), the order should be reversed, with twenty dollars costs and disbursements, and the motion to dismiss the order of certiorari and to confirm the determination of the board of standards and appeals granted.

MARTIN, P. J., McAVOY, O'MALLEY and COHN, JJ., concur; DORE, J., dissents.

Order reversed, with twenty dollars costs and disbursements, and motion to dismiss order of certiorari and to confirm the determination of the board of standards and appeals granted.